**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES LINCOLN STRONG, | No. 3:17-CV-01817 |
| Petitioner, | (Judge Brann) |
| v. | |
| JOSH SHAPIRO, PA STATE ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

**ORDER**

**DECEMBER 28, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1.    The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is

**DENIED**[1];

2.    There is no basis for the issuance of a certificate of appealability[2];

3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1]    Doc. 1.
[2]    *See* 28 U.S.C. § 2253(c)(2).